AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

IMPAC University, LLC

        Plaintiff(s)

vs.

Distance Education and Training Council

        Defendant(s)

**APPEARANCE**

CASE NUMBER  08 CV 0918

To the Clerk of this court and all parties of record:

Please enter the appearance of __Daniel D. Prichard__ as counsel in this
                          (Attorney's Name)

case for: __IMPAC University, LLC__
            (Name of party or parties)

June 5, 2008
Date

_(signature)_
Signature

DC Bar # 476449
BAR IDENTIFICATION

Daniel D. Prichard
Print Name

1200 New Hampshire Avenue, NW, Suite 800
Address

Washington, DC 20036
City    State    Zip Code

202/776-2000
Phone Number