AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

IMPAC University, LLC

        Plaintiff(s)      )    **APPEARANCE**

           vs.            )    CASE NUMBER  08 CV 0918
Distance Education and Training Council )

       Defendant(s)     )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Leslie H. Wiesenfelder   as counsel in this
                                       (Attorney's Name)

case for:   IMPAC University, LLC
              (Name of party or parties)

June 5, 2008
Date

*[Signature]*
Signature
Leslie H. Wiesenfelder
Print Name

DC Bar # 173500
BAR IDENTIFICATION

1200 New Hampshire Avenue, NW, Suite 800
Address

Washington, DC 20036
City    State    Zip Code

202/776-2000
Phone Number