# United States District Court
# For the District of Columbia

IMPAC University, LLC,

        Plaintiff(s)     )   **APPEARANCE**

        vs.     )   CASE NUMBER   08 CV 0918

Distance Education and Training Council,

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   Gene C. Lange   as counsel in this
                           (Attorney's Name)

case for:   Distance Education and Training Council
              (Name of party or parties)

06/06/08                                           _/s/ Gene C. Lange_
Date                                                     Signature

                                                          Gene C. Lange
DC Bar No. 166207
BAR IDENTIFICATION                        Print Name

                                                          1660 L Street, NW, Suite 506
                                                          Address

                                                          Washington, DC  20036
                                                         City        State        Zip Code

                                                          (202) 463-1260
                                                          Phone Number