REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-D

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 28:1331 Federal Question: Other Civil Rights | | | |
|---|---|---|---|---|
| CASE NO:<br>CA 08-918 | DATE REFERRED:<br>6/11/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Settlement | JUDGE:<br>Ellen Segal Huvelle | MAG. JUDGE<br>John M. Facciola |
| PLAINTIFF(S):<br>IMPAC UNIVERSITY, LLC | | DEFENDANT(S):<br>DISTANCE EDUCATION AND TRAINING COUNCIL | | |
| ENTRIES: | | | | |